AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of California

Maria Guadalupe Gonzalez Orozco
Plaintiff (s),
V.
Christopher Chestnut, et al.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:26cv4872

Notice is hereby given that, subject to approval by the court, Maria Guadalupe Gonzalez Orozco (Party (s) Name) substitutes Fabian Serrato (Name of New Attorney), State Bar No. 202792 as counsel of record in place of David Ulises Fuentes Urias (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: SERRATO LAW FIRM, PC
Address: 217 North Main Street, Suite 300, Santa Ana, CA 92701
Telephone: (714) 775-6654 Facsimile (714) 775-6655
E-Mail (Optional): fabian@serratolaw.com

I consent to the above substitution.
Date: 08/27/2026
(Signature of Party (s))

I consent to being substituted.
Date: 08/21/26
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 08/21/2026
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: September 2, 2026

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**